ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA       :
:
        - v. -                 :    UNSEALING ORDER
:
NEIL CREMIN,                   :    08 Cr. 390
GEORGE ORTIZ,                  :
MILTON SMITH, and              :
IRA SOKOL,                     :
:
                Defendants.    :
:
- - - - - - - - - - - - - - - - x

      WHEREAS, the above-captioned indictment was returned on May 6, 2008 and, upon application of the Government, ordered to be filed under seal; and

      WHEREAS the Government has requested that the above-captioned indictment be unsealed;

      IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 390 be unsealed.

Dated: New York, New York
       May 13, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

THEODORE H. KATZ
UNITED STATES   MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK