AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

## APPEARANCE

UNITED STATES OF AMERICA -AGAINST- IRA SOKOL       Case Number:  08 CR. 390 (BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IRA SOKOL

I certify that I am admitted to practice in this court.

| 6/30/2008 | | |
|---|---|---|
| Date | Signature | |
| | MICHAEL F. BACHNER | MFB-7719 |
| | Print Name | Bar Number |
| | 26 BROADWAY SUITE 2310 | |
| | Address | |
| NY | NY | 10004 |
| City | State | Zip Code |
| (212) 344-7778 | (212) 344-7774 | |
| Phone Number | Fax Number | |